United States Court of Appeals
Fifth Circuit

**F I L E D**

**May 4, 2007**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 05-11468

JEAN M NELSON

Plaintiff - Appellant

v.

AMX CORP

Defendant - Appellee

Consolidated With
No. 05-11470

JEAN M NELSON

Plaintiff - Appellee

v.

AMX CORPORATION

Defendant - Appellant

--------------------
Appeals from the United States District Court
for the Northern District of Texas, Dallas
USDC No. 3:04-CV-1350
--------------------

Before KING, DAVIS, and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

AFFIRMED. *See* 5th Cir. R. 47.6.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.